IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00852-CMA-BNB

WISE SPORTS NUTRITION, LLC, a Colorado limited liability company,

Plaintiff,

v.

ISATORI, INC., a Delaware corporation, and

Defendants and Counterclaim Plaintiff,

v.

PAUL WISE,

Third-Party Defendant.
_____

## ORDER
_____

This matter arises on **iSatori, Inc.'s Motion to Amend Counterclaims and Add an Additional Party** [Doc. # 36, filed 8/29/2014] (the "Motion to Amend"). I held a hearing on the Motion to Amend this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 36] is GRANTED, and the Clerk of the Court is directed to accept for filing iSatori's Amended Counterclaims and Third Party Claims [Doc. # 36-1].

(2) The case caption is amended as indicated above.

Dated October 1, 2014.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge