**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00852-CMA-NYW

WISE SPORTS NUTRITION, LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

ISATORI, INC., a Delaware Corporation,

    Defendant and Counterclaim Plaintiff,

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiff and Counterclaim Defendant Wise Sports Nutrition, LLC and Defendant and Counterclaim Plaintiff iSatori, Inc.'s (collectively, "Parties") Notice of Settlement and Motion for Stay (the "Motion"). [#63, filed August 4, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated July 25, 2014 [#29] and memorandum dated August 6, 2015 [#64].

    IT IS ORDERED that the Motion is GRANTED IN PART:

1. The Parties shall file the appropriate dismissal papers on or before **September 18, 2015**;

2. The deadline by which to complete discovery is extended to **September 30, 2015**;

3. The deadline by which to file dispositive motions is extended to **October 30, 2015**;

4. The Parties shall file a Proposed Pretrial Order on or before **January 29, 2015**; and

5. The Final Pretrial Conference is continued to **February 5, 2016 at 9:30 a.m.**.

DATED: August 7, 2015