**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 14-cv-00852-CMA-NYW

WISE SPORTS NUTRITION, LLC, a Colorado limited liability company,

    Plaintiff,

v.

ISATORI, INC., a Delaware corporation,

    Defendant and Counterclaim Plaintiff,

v.

PAUL WISE,

    Third-party Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 66), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

DATED: September 21, 2015

                          BY THE COURT:

                          _____
                          CHRISTINE M. ARGUELLO
                          United States District Court Judge